2222-CC06392

Electronically Filed - City of St. Louis - July 06, 2022 - 02:14 PM

### IN THE CIRCUIT COURT OF ST. LOUIS CITY
### STATE OF MISSOURI

| | |
|---|---|
| MICHAEL SMITH,        ) | |
| ) | |
| Plaintiff,        ) | Case No. |
| ) | |
| v.        ) | |
| ) | |
| BRANCH INTERMEDIATE SCHOOL        ) | JURY TRIAL DEMANDED |
| DISTRICT        ) | |
| Serve at: 370 Morse Street        ) | |
|     Coldwater, MI 49036        ) | |
| ) | |
| And        ) | |
| ) | |
| Suzanne Coco        ) | |
| Serve at: 520 Hickory Lane        ) | |
|     Coldwater, MI 49036        ) | |
| ) | |
| Defendants        ) | |

### PETITION

COMES NOW Plaintiff, Michael Smith, by and through his attorneys of record, Goldblatt & Singer, and for his causes of action against Defendants Branch Intermediate School District and Suzanne Coco, states the following.

### GENERAL ALLEGATIONS

1. At all times herein mentioned, Plaintiff Michael Smith (hereinafter "Smith") was a resident of the State of Missouri.

2. Defendant Suzanne Coco (hereinafter "Coco") is a resident of Michigan.

3. Defendant Branch Intermediate School District is a school district in Michigan.

4. On or about October 16, 2019, Plaintiff was driving his vehicle northbound on I-55 in St. Louis City, Missouri, when Defendant, who was also driving north on I-55 slammed into the rear of the vehicle Plaintiff was driving.

5. The collision was sudden and violent, causing serious injuries to the Plaintiff.

EXHIBIT A

Electronically Filed - City of St. Louis - July 06, 2022 - 02:14 PM

6. At all relevant times, Defendant Coco was an agent, servant, and/or employee of Defendant Branch Intermediate School District (hereinafter "Branch District"), and was acting within the course and scope of such agency, servitude, and/or employment. Defendant Branch District is therefore vicariously liability for the negligent acts and/or omissions of Defendant Coco under the doctrine of respondeat superior.

7. The tortious acts, and the injuries caused, as discussed herein, occurred in St. Louis City, Missouri, providing this Court with jurisdiction and venue over the matter.

<u><b>COUNT I</b></u><br><u><b>NEGLIGENCE</b></u><br><b>(As against Defendants Branch District and Coco)</b>

8. Plaintiff realleges and incorporates paragraphs 1-8 above as if fully set forth herein.

9. At the aforementioned place and time, Defendant Coco negligently failed to keep the vehicle she was operating under proper control, resulting in a serious car wreck.

10. Defendant Coco had a duty to use the highest degree of care in the operation of the motor vehicle she was driving, to follow the rules of the road, and to operate the vehicle she was driving in a good, safe manner.

11. The aforesaid collision and the injuries and damages to Plaintiff, as described below, were the direct and proximate result of the negligent, careless acts and omissions of Defendant Coco in one, more, or all of the following particulars, to wit:

    a.    Defendant failed to be attentive to the roadway;

    b.    Defenant failed to keep a careful lookout;

    c.    Defendant drove in a manner that was too fast for the conditions existing at the time;

    d.    Defendant negligently permitted the vehicle she was driving to come into contact with the vehicle Plaintiff was travelling in;

    e.    Defendant failed to keep the vehicle she was operating under proper control;

    f.      Defendant knew or by the highest degree of care could have known that there was a reasonable likelihood of a wreck in time thereafter to have stopped, swerved, and/or slackened speed, but Defendant failed to do so;

    g.      Defendant failed to yeild the right-of-way to the vehicle Plaintiff was travelling in; and,

    h.      Defendant rear-ended the vehicle plaintiff was riding in, and, therefore, the Defendant is presumptively negligent under the rear-end collision doctrine.

12. Defendant Coco's negligence, carelessness, faults, and omissions, as aforesaid, directly and proximately caused or contributed to cause Plaintiff to sustain pain, suffering and bodily injury to his left shoulder, neck, back, left leg, left arm, and head.  Due to his injuries, Plaintiff required care and treatment from physicians and other health care professionals, all at substantial expense. Plaintiff was caused and continues to have pain, suffering, the ordinary emotional distress that goes with a car wreck and resulting injuries, loss of quality of life and inconvenience.

13. As a direct and proximate result of Defendant's carelessness and negligence described herein, Plaintiff lost wages.

14. As a direct and proximate result of Defendant's carelessness and negligence described herein, Plaintiff incurred treatment expenses in an amount not yet determined and will incur treatment expenses in the future.

    WHEREFORE, Plaintiff respectfully prays for judgment against Defendants Coco and Branch District for damages that are fair and reasonable, for costs incurred herein, and for all other such damages that the Court deems just and proper under the circumstances.

### COUNT II
### NEGLIGENCE PER SE
**(As against Defendants Branch District and Coco)**

15. Plaintiff realleges and incorporates paragraphs 1-14 above as if fully set forth herein.

16. The above-described collision was caused by the *per se* negligence of Defendant Coco as follows:

(a) RSMo. §304.017 states:

**Distance at which vehicle must follow, penalty. —** 1. The driver of a vehicle shall not follow another vehicle more closely than is reasonably safe and prudent, having due regard for the speed of such vehicle and the traffic upon and the condition of the roadway. Vehicles being driven upon any roadway outside of a business or residence district in a caravan or motorcade, whether or not towing other vehicles, shall be so operated, except in a funeral procession or in a duly authorized parade, so as to allow sufficient space between each such vehicle or combination of vehicles as to enable any other vehicle to overtake or pass such vehicles in safety. This section shall in no manner affect section [304.044](#) relating to distance between trucks traveling on the highway. Plaintiff was within the class of persons intended to be protected by RSMo. §304.012

17. Plaintiff was a member of the class of persons that RSMo. §304.017 was intended to protect, and the injuries sustained by Plaintiff were of the type said statute was designed to prevent.

18. At the aforesaid date and time, Defendant Coco operated the vehicle she was driving more closely than is reasonably safe and prudent to Plaintiff's vehicle, having due regard for the speed of such vehicle and the traffic upon and the condition of the roadway in violation of RSMo. §304.017 and was thereby *negligent per se.*

19. Defendant Coco's violation of RSMo. §304.017 directly caused or directly contributed to cause Plaintiff to sustain bodily injury and damages as detailed above.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants Branch District and Coco, for damages that are fair and reasonable, for costs incurred herein, and for all other such damages that the Court deems just and proper under the circumstances.

**COUNT III**
**NEGLIGENCE PER SE**
**(As against Defendants Branch District and Coco)**

20. Plaintiff realleges and incorporates paragraphs 1-19 above as if fully set forth herein.

21. The above-described collision was caused by the *per se* negligence of Defendant Coco as follows:

(b) RSMo. §304.012(1-2) states:

> Every person operating a motor vehicle on the roads and highways of this state shall drive the vehicle in a careful and prudent manner and at a rate of speed so as not to endanger the property of another or the life or limb of any person and shall exercise the highest degree of care

22. Plaintiff was a member of the class of persons that RSMo. §304.012 was intended to protect, and the injuries sustained by Plaintiff were of the type said statute was designed to prevent.

23. At the aforesaid date and time, Defendant Coco operated the vehicle she was driving without exercising the highest degree of care and not in a safe and prudent manner and therefore violated RSMo. §304.012.

24. Defendant Coco's violation of RSMo. §304.012 directly caused or directly contributed to cause Plaintiff to sustain bodily injury and damages as detailed above.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants Branch District and Coco, for damages that are fair and reasonable, for costs incurred herein, and for all other such damages that the Court deems just and proper under the circumstances.

Respectfully Submitted:

Goldblatt + Singer

***/s/Shaun M. Falvey***
SHAUN M. FALVEY #55294
sfalvey@stlinjurylaw.com
8182 Maryland Ave., Ste. 801
St. Louis, MO 63105
(314) 231-4100
(314) 241-5078 - fax

Electronically Filed - City of St. Louis - July 06, 2022 - 02:14 PM

2222-CC06392

**In the**
# CIRCUIT COURT
City of St. Louis, Missouri



Michael Smith
_____
Plaintiff/Petitioner

July 6, 2022
_____
Date

vs.

Branch Intermediate School District, et al.
_____
Defendant/Respondent

_____
Case number

_____
Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now  Plaintiff _____, pursuant
              Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

Mark Smith, Markell & Associates        2300 West Port Plaza #202, St. Louis    314.469.5555
_____    _____    _____
Name of Process Server                             Address                                  Telephone

_____    _____    _____
Name of Process Server                             Address                                  Telephone

_____    _____    _____
Name of Process Server                             Address                                  Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:                                                SERVE:
Branch Intermediate School District                   Suzanne Coco
_____                       _____
Name                                                  Name
370 Morse Street                                      520 Hickory Lane
_____                       _____
Address                                               Address
Coldwater, MI 49036                                   Coldwater, MO 49036
_____                       _____
City/State/Zip                                        City/State/Zip

SERVE:                                                SERVE:

_____                       _____
Name                                                  Name

_____                       _____
Address                                               Address

_____                       _____
City/State/Zip                                        City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER**, Circuit Clerk         Shaun M. Falvey
                                           _____
                                           Attorney/Plaintiff/Petitioner
By _____           55294
   Deputy Clerk                            _____
                                           Bar No.
                                           8182 Maryland, Ste. 202, St. Louis, MO 63105
7/6/2022                                   _____
_____            Address
Date                                       314-231-4100
                                           _____
                                           Phone No.



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC06392 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MICHAEL SMITH | Plaintiff's/Petitioner's Attorney/Address:<br>SHAUN MICHAEL FALVEY<br>BROWN & CROUPPEN<br>1 METROPOLITAN SQ<br>STE 1600<br>SAINT LOUIS, MO  63102 | |
| vs. | | |
| Defendant/Respondent:<br>BRANCH INTERMEDIATE SCHOOL DISTRICT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

## Summons for Personal Service Outside the State of Missouri
*(Except Attachment Action)*

The State of Missouri to:   BRANCH INTERMEDIATE SCHOOL DISTRICT
                            Alias:
370 MORSE STREET
COLDWATER, MI  49036

**SPECIAL PROCESS SERVER**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

July 6, 2022
_____                    _Thomas Kloeppinger_____
Date                                        Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____              _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
                  ☐ the judge of the court of which affiant is an officer.
                  ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                  ☐ authorized to administer oaths.  (use for court-appointed server)

*(Seal)*

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____ miles @ $ _____ per mile) |
| **Total** | $_____ | |

See the following page for directions to officer making return on service of summons.

## Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC06392 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MICHAEL SMITH | Plaintiff's/Petitioner's Attorney/Address:<br>SHAUN MICHAEL FALVEY<br>BROWN & CROUPPEN<br>1 METROPOLITAN SQ<br>STE 1600<br>SAINT LOUIS, MO  63102 | |
| vs. | | |
| Defendant/Respondent:<br>BRANCH INTERMEDIATE SCHOOL DISTRICT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

### Summons for Personal Service Outside the State of Missouri
(Except Attachment Action)

The State of Missouri to:  SUZANNE COCO
Alias:

520 HICKORY LANE
COLDWATER, MI  49036

**SPECIAL PROCESS SERVER**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

July 6, 2022
_____      _____
         Date                                                                Clerk

Further Information:

### Officer's or Server's Affidavit of Service
I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____      _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths.  (use for court-appointed server)

(Seal)

_____
Signature and Title

| Service Fees | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Mileage | $_____ | (_____miles @ $ _____ per mile) |
| **Total** | $_____ | |

See the following page for directions to officer making return on service of summons.

### Directions to Officer Making Return on Service of Summons

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

## AFFIDAVIT OF RETURN OF SERVICE

COUNTY OF BRANCH )    RE:  MICHAEL SMITH v. BRANCH INTERMEDIATE SCHOOL DISTRICT, et al.
Circuit Court-City of St. louis
State of Missouri
Case No. 2222-CC06392

Craig Osborne, an Agent of Markell & Associates, Inc., being duly sworn upon his oath, states that he is over the age of 18 years; that he is a disinterested party to this action; that he served a copy of the attached Summons and Petition on defendant Branch Intermediate School District, by personal service on Diane Shiery, authorized Designee, at 370 Morse St., Coldwater, Michigan 49036 on July 12, 2022, 2:07 p.m.

MARKELL & ASSOCIATES, INC.

_____
**Craig Osborne**
Court Officer

Subscribed to and sworn before me, a Notary Public on this 14th of July, 2022.

_____
**Notary Public**

LAURIE A NEWSOM
Notary Public - State of Michigan
County of Jackson
My Commission Expires Jul 13, 2023
Acting in the County of Jackson



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC06392 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MICHAEL SMITH<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>SHAUN MICHAEL FALVEY<br>BROWN & CROUPPEN<br>1 METROPOLITAN SQ<br>STE 1600<br>SAINT LOUIS, MO  63102 | |
| Defendant/Respondent:<br>BRANCH INTERMEDIATE SCHOOL DISTRICT<br>Nature of Suit:<br>CC Pers Injury-Vehicular | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
*(Except Attachment Action)*

 The State of Missouri to: BRANCH INTERMEDIATE SCHOOL DISTRICT
 Alias:
370 MORSE STREET
COLDWATER, MI  49036

**SPECIAL PROCESS SERVER**

**COURT SEAL OF**

**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

July 6, 2022
_____           _____
         Date                                                       Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
   _____ (name) _____ (title).
   ☐ other: _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                Signature of Sheriff or Server

Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
                   ☐ the judge of the court of which affiant is an officer.
                   ☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
                   ☐ authorized to administer oaths.  (use for court-appointed server)

(Seal)
_____
                                   Signature and Title

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: Document ID# 22-SMOS-1962     1 of 2  (2222-CC06392)     Rules 54.06, 54.07, 54.14, 54.20;
                                                                                                              506.500, 506.510 RSMo

## AFFIDAVIT OF RETURN OF SERVICE

COUNTY OF BRANCH )   RE:   MICHAEL SMITH v. BRANCH INTERMEDIATE SCHOOL DISTRICT, et al.
Circuit Court-City of St. louis
State of Missouri
Case No. 2222-CC06392

Craig Osborne, an Agent of Markell & Associates, Inc., being duly sworn upon his oath, states that he is over the age of 18 years; that he is a disinterested party to this action; that he served a copy of the attached Summons and Petition on defendant Suzanne Coco, by personal service, at 520 Hickory Ln., Coldwater, Michigan 49036 on July 12, 2022, 2:29 p.m.

MARKELL & ASSOCIATES, INC.

_____
Craig Osborne
court officer

Subscribed to and sworn before me, a Notary Public on this 14th of July, 2022.

_____
Notary Public

LAURIE A NEWSOM
Notary Public - State of Michigan
County of Jackson
My Commission Expires Jul 13, 2023
Acting in the County of Jackson

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2222-CC06392 | |
|---|---|---|
| Plaintiff/Petitioner:<br>MICHAEL SMITH<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>SHAUN MICHAEL FALVEY<br>BROWN & CROUPPEN<br>1 METROPOLITAN SQ<br>STE 1600<br>SAINT LOUIS, MO  63102 | (Date File Stamp) |
| Defendant/Respondent:<br>BRANCH INTERMEDIATE SCHOOL DISTRICT | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** SUZANNE COCO
Alias:

520 HICKORY LANE
COLDWATER, MI  49036

**SPECIAL PROCESS SERVER**

**COURT SEAL OF CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

July 6, 2022
_____                    _Thomas Kloeppinger_____
Date                                          Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to: _____ (name) _____ (title).
   ☐ other: _____

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Subscribed and sworn to before me this _____ (day) _____ (month) _____ (year).
I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_____
Signature and Title

OSCA (07-18) SM60 (SMOS) *For Court Use Only:* Document ID# 22-SMOS-1963    1 of 2 (2222-CC06392)    Rules 54.06, 54.07, 54.14, 54.20;
                                                                                                  506.500, 506.510 RSMo